# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | CASE NO. 2:24-PO-00016 |
| | MAGISTRATE JUDGE JOLSON |
| **EYADA, ERICA L.,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case is DISMISSED.

                                          s/Kimberly A. Jolson
                                          **KIMBERLY A. JOLSON**
                                          **United States Magistrate Judge**

4/19/2024
**DATE**